JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY A. JOHNSON, an individual; JACLYN JOHNSON, an individual; and Does 1-10,<br><br>Defendants. | Case No.: 8:21-cv-01659-JLS-KES<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Amber Machowski's action against Defendants Gregory A. Johnson and Jaclyn Johnson is dismissed with prejudice.  Each party will be responsible for its own fees and costs.

Dated:  April 15, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE